**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---

NAMEL NORRIS,            CASE NO: 1:23-cv-00584-JHR

    Plaintiff,

vs.

DISH NETWORK L.L.C., a New York limited liability company, d/b/a BOOST MOBILE-2ND AVENUE NY, and PAMON REALTY CORP., a New York corporation,

    Defendants.
_____/

## NOTICE OF SETTLEMENT

COMES NOW Plaintiff, NAMEL NORRIS, and Defendant, DISH NETWORK L.L.C., a New York limited liability company, d/b/a BOOST MOBILE-2ND AVENUE NY, by and through the undersigned counsel, and hereby notify this Honorable Court that settlement has been reached in the above styled case, which shall result in the dismissal of all parties and the entire case. The settlement agreement is in the process of being drafted, and the parties shall file a Stipulation of Dismissal With Prejudice thereafter.

Dated: This 30th day of June, 2023.

By: /S/ B. Bradley Weitz  
    B. Bradley Weitz, Esq.  
    THE WEITZ LAW FIRM, P.A.  
    Bank of America Building  
    18305 Biscayne Blvd., Suite 214  
    Aventura, Florida 33160  
    Telephone: (305) 949-7777  
    Facsimile: (305) 704-3877  
    Email: bbw@weitzfirm.com  
    *Attorney for Plaintiff*

By: /S/ James Patterson  
    James Patterson, Esq.  
    McElroy, Deutsch, Mulvaney & Carpenter, LLP  
    225 Liberty Street  
    New York, NY 10281  
    Telephone: (973)-425-8683  
    Facsimile: (973) 425-0161  
    Email: jpatterson@mdmc-law.com  
    *Attorneys for Dish Network L.L.C.*